IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

NICOLAS RAMOS-BARRIENTOS, ET AL. )
)
Plaintiff, )
)
v. )
) CLASS ACTION
DELBERT C. BLAND, BLAND FARMS, LLC, )
ET AL. )
) CIVIL ACTION NO.:
Defendants. ) CV606-89
)

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 MAY 24 AM 11:08
CLERK
SO. DIST. OF GA.

## CONSENT TO SUE

I, __Catalino Hernandez-Rubio__, hereby consent to be a party under 29 U.S.C. §216(b) to the lawsuit to assert my right to the lawful wage required by the Fair labor Standards Act.

_____
SIGNATURE

__19 May 2007__
DATE

_____
SOCIAL SECURITY NUMBER

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day this day served a copy of the foregoing Consent to Sue upon the following person(s), by depositing the same in the United States mail, postage prepaid, addressed as follows:

Jeffery L. Thompson, Esq.
Frank L. Butler, III, Esq.
Constangy Brooks & Smith, LLC
P.O. Box 1975
Macon, Georgia 31202-1975

This the 23d day of May, 2007.

*Robert J. Willis*
Robert J. Willis
Admitted to Practice *Pro Hac Vice* pursuant to Local Rule 83.4(b), SDGA

1