UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

NICOLAS RAMOS-BARRIENTOS, et al.,

Plaintiffs,

v.                    606CV089

DELBERT C. BLAND, et al.,

Defendants.

## ORDER

Before the Court is Plaintiffs' "Motion to Stay Action for 120 Days Pending APA Review of Outgoing U.S. Secretary of Labor's Interpretation of H-2A Regulations and *Arriaga* Decision." Doc. # 130.

On 12/18/08, the Department of Labor (DOL) opined that the Fair Labor Standards Act (FLSA) did not require employers to reimburse H-2A workers for relocation expenses, even when such expenses resulted in the workers being paid less than the FLSA minimum wage rate. Temporary Agricultural Employment of H-2A Aliens in the United States, 73 Fed. Reg. 77110, 77149 (12/18/08). The DOL has since withdrawn that opinion. Withdrawal of Interpretation of the FLSA Concerning Relocation Expenses, 74 Fed. Reg. 13261 (3/26/09).

Accordingly, Plaintiffs' motion to stay action is ***DENIED AS MOOT***. Doc. # 130.

This day of 16 November 2009

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA