IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| NICOLAS RAMOS-BARRIENTOS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 6:06-CV-089-BAE |
| DELBERT C. BLAND, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW BRIAN SPEARS, and requests the Court grant him a leave of absence from this Court for the following periods: February 4 - February 8, 2010, March 12 - March 19, 2010, May 27 - June 6, 2010, and June 30 - July 7, 2010.  Counsel shows to the Court that during the periods of time set forth, he will be out of the State for professional development and family vacation.  No proceedings are set in this action which require his appearance during these periods of time.

WHEREFORE, Brian Spears respectfully requests that his Motion for Leave of Absence be granted and that no proceedings be scheduled or held in the above-styled matter during the periods set forth above.

Submitted this 29th day of December, 2009.

                                         S/ G. BRIAN SPEARS
                                         Bar No. 670112
                                         Attorney for Plaintiffs

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086
Fax:   (404) 892-1128
Email: Bspears@mindspring.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2009, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system which will send notification of such filing to William E. Dillard, Esq. and Wiley A. Wasden, III, Esq.

      S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com