# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| NICOLAS RAMOS-BARRIENTOS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.  CV606-089 |
| | ) | |
| DELBERT C. BLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Application for leave of absence has been requested by Brian Spears for the periods of Thursday, February 4, 2010 through and including Monday, February 8, 2010; Friday, March 12, 2010 through and including Friday, March 19, 2010; Thursday, May 27, 2010 through and including Sunday, June 6, 2010; and Wednesday, June 30, 2010 through and including Wednesday, July 7, 2010.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this 11th  day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA