# United States District Court
## Southern District of Georgia

Nicolas Ramos-Barrientos

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV606-89

Delbert C. Bland

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of June 21, 2010, granting the defendants' motion for summary judgment, Judgment is hereby entered in favor of the defendants, Delbert C. Bland and Bland Farms, LLC, and against the plaintiffs, Nicolas Ramos-Barrientos, Anselmo Hernandez-Martinez, Jorge Hernandez-Antonio, Gregorio Ponce-Hernandez and Catalino Hernandez-Rubio. This action stands closed.

June 21, 2010  
*Date*

Scott L. Poff  
*Clerk*

(By) Deputy Clerk